HLB/hlb

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**07-20603-CR-HUCK/SIMONTON**

Case No. _____

26 USC 7206(1)

FILED by _____ CF ___ D.C.
ELECTRONIC

AUG 7, 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

v.

JAMES DANIEL HINDELANG,

           Defendant.

_____/

## INFORMATION

The United States Attorney charges that:

On or about June 21, 1999, at Miami, Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

JAMES DANIEL HINDELANG,

did willfully make and subscribe a U.S. Individual Income Tax Return, Form 1040, for the calendar year 1998, which was verified by a written declaration that it was made under the penalties of perjury, and which was filed with the Internal Revenue Service, which said return he did not believe to be true and correct as to every material matter in that said return represented that the taxable income was negative two dollars ($2), and that the amount of tax due and owing was zero dollars ($0), whereas, as the defendant then and there well knew and believed, his taxable income was

greater than negative two dollars ($2), and the amount of tax due and owing was greater than zero dollars ($0); in violation of Title 26, United States Code, Section 7206(1).

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
HUGO L. BLACK III
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

JAMES DANIEL HINDELANG,

         **Defendant.**
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

New Defendant(s)         Yes ____   No ____
Number of New Defendants   ____
Total number of counts        ____

**Court Division**: (Select One)

__X__ Miami    ____ Key West
____ FTL       ____ WPB       ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    __No__
   List language and/or dialect   _____

4. This case will take   __0__   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                           (Check only one)

   I    0 to 5 days      __X__        Petty       ____
   II   6 to 10 days     ____         Minor       ____
   III  11 to 20 days    ____         Misdem.     ____
   IV   21 to 60 days    ____         Felony      __X__
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No)   __No__
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   __No__
   If yes:
   Magistrate Case No.              _____
   Related Miscellaneous numbers:   _____
   Defendant(s) in federal custody as of   _____
   Defendant(s) in state custody as of     _____
   Rule 20 from the   _____   District of   _____

   Is this a potential death penalty case? (Yes or No)   __No__

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?   __X__ Yes   ____ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?   __X__ Yes   ____ No
   If yes, was it pending in the Central Region?   ____ Yes   ____ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   __X__ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?   __X__ Yes   ____ No

                                                   _____
                                                   HUGO J. BLACK III
                                                   ASSISTANT UNITED STATES ATTORNEY
                                                   FLORIDA BAR NO. 0053074

\*Penalty Sheet(s) attached

REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** James Daniel Hindelang      **Case No:** _____

Count #: 1   -   26 U. S.C. § 7206(1)

Willfully making and subscribing a false tax return.

**\*Max Penalty:** 3 years' imprisonment

Count #:


**\*Max Penalty:**

Count #:


**\*Max Penalty:**

Count #:


**\*Max Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.